1  CECILY A. WATERMAN, State Bar No. 63502
   MEGAN BARRY BOROVICKA, State Bar No. 241205
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105
   Tel:  415.442.1000
4  Fax:  415.442.1001
   E-mail:  cwaterman@morganlewis.com
5  E-mail:  mborovicka@morganlewis.com

6  Attorneys for Defendants
   PHILIPS ELECTRONICS LTD.,
7  PHILIPS ELECTRONICS NORTH AMERICA
   CORP., PHILIPS MEDICAL SYSTEMS
8  (CLEVELAND), INC., PHILIPS MEDICAL
   FINANCIAL SERVICES, INC.,
9  IAIN BURNS, and STEVE HURWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LOU RAMONDETTA, | Case No. C-07-03329 |
|---|---|
| Plaintiff, | **NOTICE OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT** |
| vs. | |
| PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC., | Date:  August 8, 2007<br>Time:  10:30 a.m.<br>Judge:  The Hon. Magistrate Judge Chen |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

1-SF/7570246.1

NOTICE OF DEFENDANTS' MOTION TO DISMISS
AND MOTION FOR MORE DEFINITE STATEMENT
CASE NO. C-07-03329

TO PLAINTIFF LOU RAMONDETTA, *PRO PER*:

PLEASE TAKE NOTICE THAT on August 8, 2007, at 10:30 a.m., in Courtroom C, 15th Floor, of the above-referenced Court located at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendants Philips Electronics Ltd., Philips Electronics North America Corporation, Philips Medical Systems (Cleveland), Inc., Philips Medical Financial Services, Inc., Iain Burns, and Steve Hurwitz (collectively "Defendants") will move this Court for an order to dismiss the Plaintiff's Complaint against all Defendants, and in the alternative, an order requiring the Plaintiff to submit a more definite statement.

This motion is made pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6) for failure to state a claim upon which relief can be granted, FRCP 12(b)(2) for lack of personal jurisdiction, and FRCP 12(e) requiring a more definite statement.

This motion is based upon this Notice of Motion, Defendants' Memorandum in support of the motion, the Declarations of Iain Burns and Steve Hurwitz filed herewith, all the pleadings and court papers in this action, and any argument the Court may allow at the time of hearing.

Dated: July 2, 2007

MORGAN, LEWIS & BOCKIUS LLP

By _____
CECILY A. WATERMAN
MEGAN BARRY BOROVICKA
Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH
AMERICA CORP., PHILIPS MEDICAL
SYSTEMS (CLEVELAND), INC.,
PHILIPS MEDICAL FINANCIAL
SERVICES, INC., IAIN BURNS, and
STEVE HURWITZ

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

1-
SF/757024

NOTICE OF DEFENDANTS' MOTION TO
DISMISS AND MOTION FOR MORE DEFINITE
STATEMENT