1  CECILY A. WATERMAN, State Bar No. 63502
   MEGAN BARRY BOROVICKA, State Bar No. 241205
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: cwaterman@morganlewis.com
5  E-mail: mborovicka@morganlewis.com

6  Attorneys for Defendants
   PHILIPS ELECTRONICS LTD.,
7  PHILIPS ELECTRONICS NORTH AMERICA
   CORP., PHILIPS MEDICAL SYSTEMS
8  (CLEVELAND), INC., PHILIPS MEDICAL
   FINANCIAL SERVICES, INC.,
9  IAIN BURNS, and STEVE HURWITZ

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13
   LOU RAMONDETTA,                          Case No. C-07-03329
14
                       Plaintiff,           **[PROPOSED] ORDER GRANTING
15                                          DEFENDANTS' MOTION TO DISMISS
             vs.                            PURSUANT TO FED. RULE CIV. PROC.
16                                          12(b)(2), 12(b)(6) AND MOTION FOR
   PHILIPS ELECTRONICS LIMITED,             MORE DEFINITE STATEMENT**
17 PHILIPS ELECTRONICS NORTH
   AMERICA CORPORATION, IAIN
18 BURNS, STEVE HURWITZ, PHILIPS            Date:  August 8, 2007
   MEDICAL SYSTEMS (CLEVELAND),             Time:  10:30 a.m.
19 INC., PHILIPS MEDICAL FINANCIAL          Judge: The Hon. Magistrate Judge Chen
   SERVICES, INC.,
20
                       Defendants.
21

22

23

24

25

26

27

28
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA       1-SF/7570277.1        [PROPOSED] ORDER GRANTING DEFENDANTS'
                                       MOTION TO DISMISS: CASE NO. C-07-03329

1     WHEREFORE Defendants' Motion To Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(2) And Motion For More Definite Statement came regularly for hearing on August 8, 2007, at 10:30 a.m., in Courtroom C, 15th Floor, of the above-referenced Court located at 450 Golden Gate Avenue, San Francisco, California, 94102. Megan Barry Borovicka of the law firm Morgan, Lewis & Bockius LLP appeared on behalf of Defendants, and Plaintiff Lou Ramondetta appeared in *propria persona.*

    The Court, having considered the papers submitted in support of and in opposition to the Motion, as well as admissible evidence and counsel's arguments offered in connection therewith, finds good cause and IT IS HEREBY ORDERED THAT:

    Defendants' Motion To Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(2) is GRANTED.

    IT IS SO ORDERED.

Dated: _____     By _____
                                                                              The Hon. Magistrate Judge Chen

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

2
-1-
SF/

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS: CASE NO. C-07-03329.