CECILY A. WATERMAN, State Bar No. 63502
MEGAN BARRY BOROVICKA, State Bar No. 241205
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
E-mail: mborovicka@morganlewis.com

Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH AMERICA CORP.,
PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC.,
PHILIPS MEDICAL FINANCIAL SERVICES, INC.,
IAIN BURNS, and STEVE HURWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOU RAMONDETTA,<br><br>          Plaintiff,<br><br>      vs.<br><br>PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SERVICES (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC.,<br><br>          Defendants. | Case No. C07-03329 EMC<br><br>**PROOF OF SERVICE** |

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco California 94105.

On July 16, 2007, I served the within document(s):

**NOTICE TO ADVERSE PARTIES AND TO CLERK OF STATE COURT OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL COVER SHEET

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

NOTICE OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT

DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT

DECLARATION OF STEVE HURWITZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(5), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT

DECLARATION OF IAIN BURNS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT

by placing the documents listed above in a sealed Fed Ex envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Fed Ex agent for delivery as set forth below.

**Lou Ramondetta**
2335 Stewart Avenue
Walnut Creek, CA 94596
(925) 989-2525

Executed on July 16, 2007, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Monica Brennan