United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILIPS ELECTRONICS LIMITED,<br>et al.,<br><br>    Defendants.<br>_____/ | No. C 07-3329 EMC<br><br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **Defendants' Motion to Dismiss** is reset from August 8, 2007 at 10:30 a.m. to **September 12, 2007 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff's Opposition shall be filed by August 22, 2007. Defendants' Reply shall be filed by August 29, 2007.

Dated: July 18, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
     Betty Fong
     Courtroom Deputy

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

v.

PHILIPS ELECTRONICS LIMITED, et al.,

        Defendants.
_____/

Case Number: CV07-03329 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: July 18, 2007

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk