In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

**CIVIL MINUTES**                                                    **E-FILING**

**Date:** September 12, 2007                    **FTR Time:** 11:00-11:48 a.m.
                                                **Court Reporter:** Sahar McVickar

**Case No. & Name:** C07-3329 EMC Lou Ramondetta v. Philips Electronics, et al.

**Attorneys:**    Lou Ramondetta, Plaintiff pro se
                  Cecily Waterman for Defendants

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**                                **ORDERED AFTER HEARING:**

- DEFENDANTS' MOTION TO DISMISS                 - Plaintiff's supplemental declaration shall be filed by 10/19/07.  Defendants' response shall be filed by 11/2/07.  Court took matter under submission.  10/10/07 CMC is vacated and reset for 12/5/07 at 2:30 p.m.  Parties shall meet and confer and contact ADR.

**Order to be prepared by:** [ ] Plntf  [ ] Deft  [ X ] Court

**Case continued to:**
cc: EMC

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

         Plaintiff,

v.

PHILIPS ELECTRONICS LIMITED et al,

         Defendant.
_____/

Case Number: CV07-03329 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: September 13, 2007

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk