LOU RAMONDETTA, *appearing pro per*
2335 Stewart Avenue
Walnut Creek, CA 94596
Tel: 925.989.2525
E-mail: lcramondetta@yahoo.com

CECILY A. WATERMAN, State Bar No. 63502
MEGAN BARRY BOROVICKA, State Bar No. 241205
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
E-mail: mborovicka@morganlewis.com

Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH AMERICA CORP.,
PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC.,
PHILIPS MEDICAL FINANCIAL SERVICES, INC.,
IAIN BURNS, and STEVE HURWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOU RAMONDETTA,<br><br>            Plaintiff,<br><br>vs.<br><br>PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SERVICES (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC.,<br><br>            Defendants. | Case No. C 07 3329 EMC<br><br>**STIPULATION REGARDING ADR SELECTION OF EARLY SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE AND [PROPOSED] ORDER** |

1-SF/7607130.1

STIPULATION REGARDING ADR
SELECTION: CASE NO. C 07 3329 EMC

1  Plaintiff Lou Ramondetta and Defendants Philips Electronics Limited, Philips Electronics
2  North America Corporation, Philips Medical Systems (Cleveland), Inc., Philips Medical Financial
3  Services, Inc., Iain Burns, and Steve Hurwitz (collectively, "the Parties") hereby stipulate and
4  give notice that they request an Early Settlement Conference before a Magistrate Judge as their
5  Alternative Dispute Resolution option.

6  The Parties have spoken telephonically regarding this selection with Howard Hermin, who
7  facilitated an ADR telephone conference on September 21, 2007.

9  Dated: September 25, 2007    By _____
10                                  LOU RAMONDETTA, *pro per*

11
12 Dated: September 27, 2007    MORGAN, LEWIS & BOCKIUS LLP

14                              By _____
                                CECILY A. WATERMAN
15                              MEGAN BARRY BOROVICKA
                                Attorneys for Defendants
16                              PHILIPS ELECTRONICS LTD.,
                                PHILIPS ELECTRONICS NORTH
17                              AMERICA CORP., PHILIPS MEDICAL
                                SYSTEMS (CLEVELAND), INC.,
18                              PHILIPS MEDICAL FINANCIAL
                                SERVICES, INC., IAIN BURNS, and
19                              STEVE HURWITZ

21                          **[PROPOSED] ORDER**
22  Pursuant to the Stipulation above, the captioned matter is hereby referred to Early
23  Settlement Conference before a Magistrate Judge. IT IS SO ORDERED.

25  Dated: _____    _____
26                                    UNITED STATES MAGISTRATE JUDGE
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

1-SF/7607130.1                      2           STIPULATION REGARDING ADR
                                                SELECTION: CASE NO. C 07 3329 EMC

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On September 27, 2007, I served the within document(s):

STIPULATION REGARDING ADR SELECTION OF EARLY SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE AND [PROPOSED] ORDER

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

X  by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Lucien Ramondetta, Pro Per
2335 Stewart Avenue
Walnut Creek CA  94596

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on September 27, 2007, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Janis Tindall

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7610557.1                                                                    ()