LOU RAMONDETTA, *appearing pro per*
2335 Stewart Avenue
Walnut Creek, CA 94596
Tel: 925.989.2525
E-mail: leramondetta@yahoo.com

CECILY A. WATERMAN, State Bar No. 63502
MEGAN BARRY BOROVICKA, State Bar No. 241205
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
E-mail: mborovicka@morganlewis.com

Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH AMERICA CORP.,
PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC.,
PHILIPS MEDICAL FINANCIAL SERVICES, INC.,
IAIN BURNS, and STEVE HURWITZ

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOU RAMONDETTA,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SERVICES (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC.,<br><br>    Defendants. | Case No. C 07 3329 EMC<br><br>**STIPULATION REGARDING ADR SELECTION OF EARLY SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUDGE AND [PROPOSED] ORDER** |

1-SF/7607130.1

STIPULATION REGARDING ADR
SELECTION: CASE NO. C 07 3329 EMC

cc: Wings
APR

1  Plaintiff Lou Ramondetta and Defendants Philips Electronics Limited, Philips Electronics
2  North America Corporation, Philips Medical Systems (Cleveland), Inc., Philips Medical Financial
3  Services, Inc., Iain Burns, and Steve Hurwitz (collectively, "the Parties") hereby stipulate and
4  give notice that they request an Early Settlement Conference before a Magistrate Judge as their
5  Alternative Dispute Resolution option.
6  The Parties have spoken telephonically regarding this selection with Howard Hermin, who
7  facilitated an ADR telephone conference on September 21, 2007.

Dated: September 25, 2007      By _____
                                LOU RAMONDETTA, pro per

Dated: September 27, 2007      MORGAN, LEWIS & BOCKIUS LLP

                               By _____
                                CECILY A. WATERMAN
                                MEGAN BARRY BOROVICKA
                                Attorneys for Defendants
                                PHILIPS ELECTRONICS LTD.,
                                PHILIPS ELECTRONICS NORTH
                                AMERICA CORP., PHILIPS MEDICAL
                                SYSTEMS (CLEVELAND), INC.,
                                PHILIPS MEDICAL FINANCIAL
                                SERVICES, INC., IAIN BURNS, and
                                STEVE HURWITZ

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Settlement Conference before a Magistrate Judge. IT IS SO ORDERED. To be Completed w/in 60 days of this Order.

Dated: September 28, 2007

                                UNITED STATES MAGISTRATE JUDGE

1-SF/7607130.1                 2         STIPULATION REGARDING ADR
                                         SELECTION: CASE NO. C 07 3329 EMC