UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

  v.

PHILIPS ELECTRONICS LIMITED, et al.,

        Defendant.
_____/

Case Number: C07-3329 EMC (BZ)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2007, I SERVED a true and correct copy(ies) of the attached **AMENDED ORDER SCHEDULING SETTLEMENT CONFERENCE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: October 16, 2007

                                  Richard W. Wieking, Clerk
                                  By: Rose Maher, Deputy Clerk

                                  *Rose Maher*
                                  _____