UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

    v.

PHILIPS ELECTRONICS LIMITED, et al.,

        Defendants.

_____/

No. C 07-3329 EMC

**ORDER EXTENDING TIME**

The Court received Plaintiff Lou Ramondetta's filing dated October 13, 2007, and filed with the court on October 15, 2007, entitled, "Request Motion for an Extension to Provide More Details on my More Definite Statement and a Reschedule of the ADR Conference Date." Opposing counsel informed the court that she does not object to Plaintiff's request, however, did not receive a copy of such request from Mr. Ramondetta. IT IS HEREBY ORDERED that:

1. Mr. Ramondetta's Request is granted and that his More Definite Statement shall be filed by November 2, 2007.

2. Defendants' response shall be filed by November 16, 2007.

3. Per Judge Zimmerman's order dated October 4, 2007, a settlement conference is set before him on December 12, 2007 at 9:00 a.m.

///

///

///

4. The Case Management Conference originally set for December 5, 2007 at 2:30 p.m. is rescheduled for December 19, 2007 at 2:30 p.m. A Joint Case Management Statement shall be filed by December 13, 2007.

IT IS SO ORDERED.

Dated: October 16, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>    Plaintiff,<br><br>v.<br><br>PHILIPS ELECTRONICS LIMITED,<br>et al.,<br><br>    Defendants.<br>_____/ | No. C 07-3329 EMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

**Lou Ramondetta**
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: October 16, 2007          RICHARD W. WIEKING, CLERK

By: _____
    Betty Fong
    Deputy Clerk