UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>       Plaintiff(s),<br><br>   v.<br><br>PHILIPS ELECTRONICS LIMITED,<br>PHILIPS ELECTORNICS NORTH<br>AMERICA CORP., IAIN BURNS,<br>STEVE HURWITZ, PHILIPS<br>MEDICAL SERVICES (CLEVELAND),<br>INC., PHILIPS MEDICAL<br>FINANCIAL SERVICES, INC.,<br><br>       Defendant(s). | No. C07-3329 EMC (BZ)<br><br>**CLERK'S NOTICE CONTINUING<br>SETTLEMENT CONFERENCE** |

**PLEASE TAKE NOTICE** that a settlement conference presently scheduled for Wednesday, December 12, 2007, at 9:00 a.m. is **continued** to **Thursday, January 24, 2008 at 1:30 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Settlement conference statements are due **seven (7) days** prior to the settlement conference and shall be lodged directly with chambers.  The previous settlement conference order otherwise remains in full force and effect.

Dated: October 16, 2007

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

1