In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

**CIVIL MINUTES**                                                      **E-FILING**

**Date:** November 6, 2007

**Case No. & Name:**  C07-3329 EMC Lou Ramondetta v. Philips Electronics, et al.

    **Attorneys:**   No appearance

    **Deputy Clerk:** Betty Fong

**ORDERED AFTER HEARING:**   Court extending the time for completion of ADR to 1/25/2008.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ X ]  Court

**Case continued to:**
cc: EMC

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

v.

PHILIPS ELECTRONICS LIMITED et al,

        Defendant.

Case Number: CV07-03329 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: November 6, 2007

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk