**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

    Plaintiff,

    v.

PHILIPS ELECTRONICS LIMITED, et al.,

    Defendants.
_____/

No. C 07-3329 EMC

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the Further Case Management Conference set for December 19, 2007 at 2:30 p.m. is reset for January 30, 2008 at 2:30 p.m. before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Statement shall be filed by January 25, 2008.

Dated: November 7, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

  v.

PHILIPS ELECTRONICS LIMITED,
et al.,

        Defendants.
                                      /

Case Number: CV07-03329 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lou Ramondetta
2335 Stewart Ave.
Walnut Creek, CA 94596

Dated: November 7, 2007

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk