# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| LOU RAMONDETTA,<br>　　　　Plaintiff in Propia Persona,<br><br>　　v.<br><br>PHILIPS ELECTRONICS LIMITED, et al.,<br>　　　　Defendant(s). | No. C 07-3329 EMC<br><br>**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

　　　Plaintiff in this case has applied to participate in the court's Assisted Settlement Conference Program. Based on the court's review of plaintiff's Application for Assisted Settlement Conference, Declaration Applying for Assisted Settlement Conference and additional application materials, and plaintiff's acknowledgment that he has reviewed the description of the Assisted Settlement Conference Program, wishes to participate in the Program, and understands and agrees to the limited representation to be provided by Special Settlement Conference counsel,

　　　IT IS HEREBY ORDERED:

1. That the case be assigned to the Assisted Settlement Conference Program;
2. That Special Settlement Conference Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and Settlement Conference of this case; and

///

3.  That the Settlement Conference shall be completed by no later than January 25, 2008.

IT IS SO ORDERED.

Dated: Nov. 7, 2007

By: _____
Edward M. Chen
United States Magistrate Judge