CECILY A. WATERMAN, State Bar No. 63502
MEGAN BARRY BOROVICKA, State Bar No. 241205
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
E-mail: mborovicka@morganlewis.com

Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH AMERICA
CORP., PHILIPS MEDICAL SYSTEMS
(CLEVELAND), INC., PHILIPS MEDICAL
FINANCIAL SERVICES, INC.,
IAIN BURNS, and STEVE HURWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC.,<br><br>　　　　　Defendants. | Case No. C-07-03329<br><br>**DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>Judge: The Hon. Magistrate Judge Chen |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7630413.1

DEFENDANTS' SUPPLEMENTAL REPLY IN
SUPPORT OF MOTION TO DISMISS
CASE NO. C-07-03329

1  Pursuant to the Court's *Order Extending Time* of October 16, 2007, and the Court's ruling
2  at the September 12, 2007 hearing on *Defendants' Motion To Dismiss Pursuant To Fed. Rule Civ.*
3  *Proc. 12(b)(2), 12(b)(6) And Motion For More Definite Statement*, Defendants Philips Electronics
4  Ltd. ("PEL"), Philips Electronics North America Corporation, Philips Medical Systems
5  (Cleveland), Inc., Philips Medical Financial Services, Inc., Iain Burns, and Steve Hurwitz
6  (collectively, "Defendants") hereby respond to Plaintiff Lou Ramondetta's ("Plaintiff") *More*
7  *Definate* [sic] *Statement Per Hearing Request*, filed on November 2, 2007.

8  Defendants have several objections to Plaintiff's recent filing. On September 12, 2007,
9  the Court ordered Plaintiff to submit a supplemental declaration expressing his own personal
10 knowledge as to this Court's personal jurisdiction over Defendants. Plaintiff's *More Definate*
11 [sic] *Statement Per Hearing Request* is not a sworn declaration, and it expresses conclusory non-
12 foundational allegations rather than personal knowledge. Furthermore, the Court did not request
13 or permit an amended complaint. Plaintiff was ordered to submit a declaration as to the issue of
14 personal jurisdiction *only*. Plaintiff has now asserted additional allegations not previously raised.
15 If the Court intends to consider these allegations on the merits, Defendants request another
16 opportunity to respond to those issues.

17 Plaintiff has still failed to demonstrate personal jurisdiction as to PEL, Philips Medical
18 Financial Services, Inc., Philips Medical Systems (Cleveland), Inc., Iain Burns, and Steve
19 Hurwitz. In addition, Plaintiff has failed to dispute the Declarations of Mssrs. Hurwitz and Burns
20 filed in support of Defendants' Motion to Dismiss wherein they attest to their virtual absence of
21 contact with California. In support of their Motion, Defendants submit the accompanying
22 Declaration of Rick Metcalfe.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
-1-
SF/763041

DEFENDANTS' SUPPLEMENTAL REPLY IN
SUPPORT OF MOTION TO DISMISS
CASE NO. C-07-03329

1  Dated: November 16, 2007                MORGAN, LEWIS & BOCKIUS LLP

2

3                                          By _____
                                              CECILY A. WATERMAN
4                                             MEGAN BARRY BOROVICKA
                                              Attorneys for Defendants
5                                             PHILIPS ELECTRONICS LTD.,
                                              PHILIPS ELECTRONICS NORTH
6                                             AMERICA CORP., PHILIPS MEDICAL
                                              SYSTEMS (CLEVELAND), INC.,
7                                             PHILIPS MEDICAL FINANCIAL
                                              SERVICES, INC., IAIN BURNS, and
8                                             STEVE HURWITZ

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                          3
                         1-                 DEFENDANTS' SUPPLEMENTAL REPLY IN
                      SF/763041              SUPPORT OF MOTION TO DISMISS
                                             CASE NO. C-07-03329