1  CECILY A. WATERMAN, State Bar No. 63502
   MEGAN BARRY BOROVICKA, State Bar No. 241205
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105
   Tel:  415.442.1000
4  Fax: 415.442.1001
   E-mail:  cwaterman@morganlewis.com
5  E-mail:  mborovicka@morganlewis.com

6  Attorneys for Defendants
   PHILIPS ELECTRONICS LTD.,
7  PHILIPS ELECTRONICS NORTH AMERICA
   CORP., PHILIPS MEDICAL SYSTEMS
8  (CLEVELAND), INC., PHILIPS MEDICAL
   FINANCIAL SERVICES, INC.,
9  IAIN BURNS, and STEVE HURWITZ

10
                UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12

13
   LOU RAMONDETTA,                         Case No. C-07-03329
14
              Plaintiff,                   **PROOF OF SERVICE**
15
   vs.
16
   PHILIPS ELECTRONICS LIMITED,
17 PHILIPS ELECTRONICS NORTH
   AMERICA CORPORATION, IAIN
18 BURNS, STEVE HURWITZ, PHILIPS
   MEDICAL SYSTEMS (CLEVELAND),
19 INC., PHILIPS MEDICAL FINANCIAL
   SERVICES, INC.,
20
              Defendants.
21

22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE
CASE NO. C-07-03329

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On November 16, 2007, I served the within document(s):

DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT

DECLARATION OF RICK METCLAFE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(5), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Lucien Ramondetta, Pro Per
2335 Stewart Avenue
Walnut Creek CA 94596

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7631499.1

()

Executed on November 16, 2007, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Patricia De La Hoya Murphy