**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,

        Plaintiff,

    v.

PHILIPS ELECTRONICS LIMITED, et al.,

        Defendants.
_____/

No. C 07-3329 EMC

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the hearing on **PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE SUBPOENAED DOCUMENTS (Docket #39 Plaintiff's ltr. dated 11/9/07)** is set for **January 10, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by December 19, 2007. Reply shall be filed by December 26, 2007.

Dated: November 19, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
    Betty Fong
    Courtroom Deputy