CECILY A. WATERMAN, State Bar No. 63502
MEGAN BARRY BOROVICKA, State Bar No. 241205
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
E-mail: mborovicka@morganlewis.com

Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH AMERICA
CORP., PHILIPS MEDICAL SYSTEMS
(CLEVELAND), INC., PHILIPS MEDICAL
FINANCIAL SERVICES, INC.,
IAIN BURNS, and STEVE HURWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No. C-07-03329<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE SUBPOENAED DOCUMENTS**<br><br>Date:       January 10, 2008<br>Time:       10:30 a.m.<br>Courtroom:  C, 15th Floor<br>Judge:      The Hon. Magistrate Judge Chen |

1-SF/7642835.1

DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO COMPEL
CASE NO. C-07-03329

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Plaintiff Lou Ramondetta ("Plaintiff") asserts that he "had a subpoena filed for documents and files" in conjunction with his "original lawsuit." However, he has provided no evidence of any subpoena filed in this matter, nor of the service of that subpoena on any parties to this action or on counsel. To the extent Plaintiff's *Motion For Subpoenaed Documents And Files* refers to a Small Claims Subpoena filed in Contra Costa County Superior Court, that document is not actionable in this Court. Furthermore, pursuant to Federal Rule of Civil Procedure 26(d), there is currently a "hold" on discovery in this case. Plaintiff's "motion" is therefore inappropriate at this time and in this Court.

As explained in papers previously filed by Defendants Philips Electronics Ltd. ("PEL"), Philips Electronics North America Corporation, Philips Medical Systems (Cleveland), Inc., Philips Medical Financial Services, Inc., Iain Burns, and Steve Hurwitz (collectively, "Defendants") in support of Defendants' pending Motion to Dismiss, Plaintiff has failed to demonstrate personal jurisdiction as to PEL, Philips Medical Financial Services, Inc., Philips Medical Systems (Cleveland), Inc., Iain Burns, and Steve Hurwitz. He has also failed to state a claim upon which relief can be granted as to any of the Defendants.

Absent a determination as to jurisdiction over each of the parties to this action, Plaintiff's "motion" is premature. Defendants respectfully request that Plaintiff's motion be denied.

Dated: December 14, 2007

MORGAN, LEWIS & BOCKIUS LLP

By _____
CECILY A. WATERMAN
MEGAN BARRY BOROVICKA
Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH
AMERICA CORP., PHILIPS MEDICAL
SYSTEMS (CLEVELAND), INC.,
PHILIPS MEDICAL FINANCIAL
SERVICES, INC., IAIN BURNS, and
STEVE HURWITZ

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7642835.1

2

DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO COMPEL
CASE NO. C-07-03329