**UNITED STATES DISTRICT COURT**
For the Northern District of California

1
2
3
4
5
6                   UNITED STATES  DISTRICT COURT

7                   Northern District of California

8

9    LOU RAMONDETTA,
                    Plaintiff in Propia Persona,          No. C 07-3329 EMC
10
11         v.                                             **ORDER APPOIINTING ASSISTED
                                                          SETTLEMENT CONFERENCE
                                                          COUNSEL**
12   PHILIPS ELECTRONICS LIMITED, et al.,
                    Defendant(s).
13   _____/

14

15

16         The court having ordered that this case be assigned to the Assisted Settlement Conference

17   Program, and plaintiff having requested and being in need of counsel to assist him in the settlement

18   conference, and a volunteer attorney willing to be appointed for the limited purpose of representing

19   plaintiff in the settlement conference having been located by the court,

20         IT IS HEREBY ORDERED THAT:

21         MATTHEW REED

22         Wilson Sonsini Goodrich & Rosati

23         650 Page Mill Road

24         Palo Alto, CA 94304

25         Phone: 650-493-9300

26         Fax: 650-565-5100

27   is appointed as Special Assisted Settlement Conference Counsel.  This appointment shall be

28   pursuant to the terms of the Application and Declaration of Plaintiff to Participate in the Assisted

UNITED STATES DISTRICT COURT
For the Northern District of California

1  Settlement Conference Program.  This appointment and limited representation shall end upon the

2  completion of the settlement conference and any follow-up activities agreed upon by the parties and

3  the magistrate judge conducting the settlement conference, unless terminated earlier by the court.

4      Special Assisted Settlement Conference Counsel shall notify the court promptly upon the

5  completion of the settlement conference and any follow-up activities.  The court shall then issue an

6  order relieving the Special Settlement Conference Counsel from his limited representation of the

7  plaintiff.  Thereafter, the attorney who has served as Special Settlement Conference Counsel will

8  only be permitted to represent the plaintiff upon order of the court if there is a signed written

9  agreement under which the attorney agrees to provide such legal services.

10     IT IS SO ORDERED.

11

12  _December 20, 2007_        By: _____

13  Dated                                          Edward M. Chen

14                                         United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\ADRALL\ASCP - SJ\Cases\07-3329 EMC Ramondetta v. Philips\Order Appting Counsel.wpd

2