**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                                                    **E-FILING**

**Date:** January 10, 2008                           **Time:** 10:45-11:14 a.m.
                                                     **Court Reporter:** Sahar McVickar

**Case No. & Name:** C07-3329 EMC Lou Ramondetta v. Philips Electronics, et al.

    **Attorneys:**   Lou Ramondetta, pro se Plaintiff
                       Cecily Waterman for Defendants

    **Deputy Clerk:** Betty Fong

| **PROCEEDINGS:** | **ORDERED AFTER HEARING:** |
|---|---|
| PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE SUBPOENAED DOCUMENTS (Docket #39) | Plaintiff's motion is denied. Formal discovery shall not be permitted until after the jurisdictional issues in this case are resolved. To facilitate the settlement conference before Judge Zimmerman on 1/24/08, the parties shall engage in an informal exchange of information. Detailed order to be issued by court. |

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ X ]  Court

**Case continued to:** 1/30/08 at 2:30 p.m. for Further Case Management Conference. Joint Case Management Conference Statement shall be filed by 1/25/08.

**cc: EMC**