CECILY A. WATERMAN, State Bar No. 63502
STEVEN GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
E-mail: steven.garrett@morganlewis.com

Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH AMERICA
CORP., PHILIPS MEDICAL SYSTEMS
(CLEVELAND), INC., PHILIPS MEDICAL
FINANCIAL SERVICES, INC., PHILIPS
MEDICAL SYSTEMS NORTH AMERICA
INCORPORATED, IAIN BURNS, STEVE
HURWITZ, and STEFAN ROTTKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>           Plaintiff,<br><br>vs.<br><br>PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC.,<br><br>           Defendants. | Case No. C-07-03329<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2) AND 12(b)(6)**<br><br>Date:  February 27, 2008<br>Time: 10:30 a.m.<br>Judge: The Hon. Magistrate Judge Chen |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7657081.1

NOTICE OF DEFENDANTS' MOTION TO DISMISS
CASE NO. C-07-03329

1  TO PLAINTIFF LOU RAMONDETTA, *PRO PER*:

2      PLEASE TAKE NOTICE THAT on February 27, 2008, at 10:30 a.m., in Courtroom C, 15th Floor, of the above-referenced Court located at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendants Philips Electronics Ltd., Philips Electronics North America Corporation, Philips Medical Systems (Cleveland), Inc., Philips Medical Financial Services, Inc., Philips Medical Systems North America Incorporated, Iain Burns, Steve Hurwitz, and Stefan Rottke (collectively "Defendants") will move this Court for an order to dismiss the Plaintiff's Complaint against all Defendants, and in the alternative, an order requiring the Plaintiff to submit a more definite statement.

    This motion is made pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6) for failure to state a claim upon which relief can be granted and FRCP 12(b)(2) for lack of personal jurisdiction.

    This motion is based upon this Notice of Motion, Defendants' Memorandum in support of the motion, the Declarations of Iain Burns, Steve Hurwitz, Rick Metcalfe and Stefan Rottke filed herewith, all the pleadings and court papers in this action, and any argument the Court may allow at the time of hearing.

Dated: January 22, 2008        MORGAN, LEWIS & BOCKIUS LLP

                               By _____
                               STEVEN GARRETT
                               Attorneys for Defendants
                               PHILIPS ELECTRONICS LTD.,
                               PHILIPS ELECTRONICS NORTH AMERICA
                               CORP., PHILIPS MEDICAL SYSTEMS
                               (CLEVELAND), INC., PHILIPS MEDICAL
                               FINANCIAL SERVICES, INC., PHILIPS
                               MEDICAL SYSTEMS NORTH AMERICA
                               INCORPORATED, IAIN BURNS, STEVE
                               HURWITZ, and STEFAN ROTTKE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7657081.1                 1              NOTICE OF DEFENDANTS' MOTION TO DISMISS
                                              CASE NO. C-07-03329