| | |
|---|---|
| 1 | CECILY A. WATERMAN, State Bar No. 63502 |
| | MEGAN BARRY BOROVICKA, State Bar No. 241205 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| | E-mail: cwaterman@morganlewis.com |
| 5 | E-mail: mborovicka@morganlewis.com |
| 6 | Attorneys for Defendants |
| | PHILIPS ELECTRONICS LTD., |
| 7 | PHILIPS ELECTRONICS NORTH AMERICA |
| | CORP., PHILIPS MEDICAL SYSTEMS |
| 8 | (CLEVELAND), INC., PHILIPS MEDICAL |
| | FINANCIAL SERVICES, INC., |
| 9 | IAIN BURNS, and STEVE HURWITZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA, | Case No. C-07-03329 |
| Plaintiff, | **DECLARATION OF IAIN BURNS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(5), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT** |
| vs. | |
| PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC., | Date: August 8, 2007<br>Time: 10:30 a.m.<br>Judge: The Hon. Magistrate Judge Chen |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

1-SF/7568835.1

DECLARATION OF IAIN BURNS IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS
CASE NO. C-07-03329

I, Iain Burns, declare:

1. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. I reside in Canada at 62 Brimwood Court, Pickering, Ontario L1V 161. I am a dual citizen of Canada and the United Kingdom.

3. I am an employee of Philips Electronics Ltd. My position is President & CEO. My place of business is located in Ontario Canada.

4. Philips Electronics Ltd is a Canadian corporation that does not do business in California.

5. I do not work or conduct business in California.

6. Within the past five years, I have not visited California

7. Prior to his termination in or about July 2004, I was a manager of Plaintiff Lou Ramondetta.

8. I conducted business meetings with Mr. Ramondetta in Canada. I did not conduct meetings with Mr. Ramondetta in California. When I spoke with Mr. Ramondetta by telephone, I was not located in California.

9. I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed on: June 29, 2007

_____
Iain Burns