CECILY A. WATERMAN, State Bar No. 63502
MEGAN BARRY BOROVICKA, State Bar No. 241205
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
E-mail: mborovicka@morganlewis.com

Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH AMERICA
CORP., PHILIPS MEDICAL SYSTEMS
(CLEVELAND), INC., PHILIPS MEDICAL
FINANCIAL SERVICES, INC.,
IAIN BURNS, and STEVE HURWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC.,<br><br>    Defendants. | Case No. C-07-03329<br><br>**DECLARATION OF STEVE HURWITZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(5), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>Date:  August 8, 2007<br>Time:  10:30 a.m.<br>Judge:  The Hon. Magistrate Judge Chen |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

1-SF/7568839.1

DECLARATION OF STEVE HURWITZ IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS
CASE NO. C-07-03329

I, Steve Hurwitz, declare:

1. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. I reside in Canada at 10 Mary Elizabeth Cres., Markham, Ontario, Canada. I am a citizen of Canada and no other country.

3. I am an employee of Philips Electronics Ltd. My position is Vice-President Human Resources. My place of business is located in Ontario Canada.

4. I do not work or conduct business in California.

5. I do not recall visiting California for business within the past five years.

6. Within the past five years, I visited California once, for personal vacation in or about July 2003.

7. I conducted business meetings with Plaintiff Lou Ramondetta in Canada. I did not conduct meetings with Mr. Ramondetta in California. When I spoke with Mr. Ramondetta by telephone, I was not located in California.

8. I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed on: June 29, 2007

_____
Steve Hurwitz

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

2
1-
SF/7

DECLARATION OF STEVE HURWITZ IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS
CASE NO. C-07-03329