CECILY A. WATERMAN, State Bar No. 63502
MEGAN BARRY BOROVICKA, State Bar No. 241205
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
E-mail: mborovicka@morganlewis.com

Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH AMERICA
CORP., PHILIPS MEDICAL SYSTEMS
(CLEVELAND), INC., PHILIPS MEDICAL
FINANCIAL SERVICES, INC.,
IAIN BURNS, and STEVE HURWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>             Plaintiff,<br><br>     vs.<br><br>PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC.,<br><br>             Defendants. | Case No. C-07-03329<br><br>**DECLARATION OF RICK METCALFE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(5), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>Judge: The Hon. Magistrate Judge Chen |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

1-SF/7629218.1

DECLARATION OF RICK METCALFE IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS
CASE NO. C-07-03329

I, Rick Metcalfe, declare:

1. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. I have been an employee of Philips Electronics Ltd., ("PEL") since 1976 in various sales and service capacities. I am based in PEL's Markham, Ontario, Canada office. I report to John Cieslowski, the Vice-President of Sales and Marketing for Canada.

3. Since 2004, I have been employed as Regional Sales Manager in charge of Diagnostic Imaging for the West Zone of Canada. From approximately 1996 until approximately 2004, I served as an Account Manager for PEL's medical business. I served briefly as Acting Regional Sales Manager before being named Regional Sales Manager.

4. During my approximately 31 years of service, PEL's medical business has always had a dedicated sales and service team that sells medical devices and related services to Canadian health care providers only. While employed by PEL during the last approximately 31 years, I have never been involved with a sale to a California customer. PEL's medical business does not sell to, or generate revenue from, California customers.

5. PEL's medical business does not sell to Californian, or for that matter, American, customers.

6. Some of Philips's nuclear medicine devices (e.g. SPECT) are assembled in Milpitas, California. Over the last several years, less than 10% of our Canadian customers have traveled to Milpitas to learn about our Nuclear Medicine devices. On these trips, PEL representatives accompany the Canadian customers. PEL's medical sales employees travel to a site not to do business with local customers, but solely to accompany our Canadian customers. During these trips, PEL employees do not solicit business from California customers. Our personnel travel all over the world for customer site visits. These trips always involve Canadian customers who buy from PEL in Canada. The location of the site visit is incidental, and purely a function of the type of device (i.e., modality) and the type of clinical setting.

7. At the present time, up to four of PEL's clinical specialists travel to Milpitas approximately once per year for product training. During these trips, our personnel do not solicit

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

1-SF/7629218.1

2   DECLARATION OF RICK METCALFE IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS
CASE NO. C-07-03329

business from California customers. Our personnel also travel to the Netherlands for similar training. During these trips, our personnel do not solicit local customers, whether in California or elsewhere.

8. My annual sales targets, and those of my account managers, include Canadian business only.

9. I have never traveled to the Nuclear Medicine facility in Milpitas, California. Since becoming a Regional Sales Manager in 2004, I have not traveled to hospital sites in California. As an account manager, between approximately 1996 and 2004, I visited hospital sites in California approximately two times, but I do not recall the exact dates of travel.

10. I am aware that one of my subordinates in Canada, Account Manager Tony Steele, attended a business conference in Los Angeles, California in June 2003. In April 2004, he accompanied three representatives of one of PEL's Canadian customers to Milpitas, California in order for them to evaluate a new Philips product. In October 2006, Mr. Steele returned to Milpitas to accompany a customer in the evaluation of another new Philips product.

11. I am aware that another one of my subordinates in Canada, Account Manager Ken Mattie, traveled to San Francisco, California in approximately 2003, for the purpose of attending a business conference.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on: Nov. 16 2007 at Markham, Ontario, Canada.

_____
Rick Metcalfe

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

1-SF/7629218.1        3    DECLARATION OF RICK METCALFE IN SUPPORT
                           OF DEFENDANTS' MOTION TO DISMISS
                           CASE NO. C-07-03329