1  CECILY A. WATERMAN, State Bar No. 63502
   STEVEN GARRETT, State Bar No. 221021
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: cwaterman@morganlewis.com
5  E-mail: steven.garrett@morganlewis.com

6  Attorneys for Defendants
   PHILIPS ELECTRONICS LTD.,
7  PHILIPS ELECTRONICS NORTH AMERICA
   CORP., PHILIPS MEDICAL SYSTEMS
8  (CLEVELAND), INC., PHILIPS MEDICAL
   FINANCIAL SERVICES, INC., PHILIPS
9  MEDICAL SYSTEMS NORTH AMERICA
   INCORPORATED, IAIN BURNS, STEVE
10 HURWITZ, and STEFAN ROTTKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>            Plaintiff,<br><br>vs.<br><br>PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC.,<br><br>            Defendants. | Case No. C-07-03329<br><br>**DECLARATION OF STEFAN ROTTKE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2) AND 12(b)(6)**<br><br>Date:      February 27, 2008<br>Time:      10:30 a.m.<br>Judge:     The Hon. Magistrate Judge Chen |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

1-SF/7654449.1

DECLARATION OF STEFAN ROTTKE IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS
CASE NO. C-07-03329

1     I, STEFAN ROTTKE, declare:

2     1.     I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2.     I am a German citizen and was an employee of Philips Electronics Ltd., ("PEL") from approximately September 2001 through August 2004. I held the position of Director of Finance for the Medical Systems Division of PEL. Throughout that period, I was a resident of Ontario Canada and worked in the PEL office in Markham, Ontario Canada. While I worked for PEL, I was never in California.

3.     In approximately September 2004, I moved to Bothell Washington and began working for Philips Electronics North America Corp. (PENAC).

4.     From 2004 to the present, to the best of my knowledge, information and belief, I was in California approximately four or five times.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this ___22___ day of January 2008, at Bothell, Washington.

_____
Stefan Rottke

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CALIFORNIA

2     DECLARATION OF STEFAN ROTTKE IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS
CASE NO. C-07-03329