CECILY A. WATERMAN, State Bar No. 63502
STEVEN GARRETT, State Bar No. 221021
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
E-mail: steven.garrett@morganlewis.com

Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH AMERICA
CORP., PHILIPS MEDICAL SYSTEMS
(CLEVELAND), INC., PHILIPS MEDICAL
FINANCIAL SERVICES, INC., PHILIPS
MEDICAL SYSTEMS NORTH AMERICA
INCORPORATED, IAIN BURNS, STEVE
HURWITZ, and STEFAN ROTTKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>              Plaintiff,<br><br>vs.<br><br>PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC.,<br><br>              Defendants. | Case No. C-07-03329<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2) AND 12(b)(6)**<br><br>Date:   February 27, 2008<br>Time:  10:30 a.m.<br>Judge: The Hon. Magistrate Judge Chen |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7657083.1                                    [PROPOSED] ORDER GRANTING DEFENDANTS'
                                                  MOTION TO DISMISS: CASE NO. C-07-03329

1  WHEREFORE Defendants' Motion To Dismiss Pursuant to Federal Rules of Civil
2  Procedure 12(b)(2) and 12(b)(6) came regularly for hearing on February 27, 2008, at 10:30 a.m.,
3  in Courtroom C, 15th Floor, of the above-referenced Court located at 450 Golden Gate Avenue,
4  San Francisco, California, 94102. Cecily A. Waterman of the law firm Morgan, Lewis &
5  Bockius LLP appeared on behalf of Defendants, and Plaintiff Lou Ramondetta appeared in
6  *propria persona*.

7  The Court, having considered the papers submitted in support of and in opposition to the
8  Motion, as well as admissible evidence and counsel's arguments offered in connection therewith,
9  finds good cause and IT IS HEREBY ORDERED THAT:

10  Defendants' Motion To Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2)
11  and 12(b)(6) is GRANTED.

12  IT IS SO ORDERED.

14  Dated: _____   By _____
15  The Hon. Magistrate Judge Chen