1  CECILY A. WATERMAN, State Bar No. 63502
   STEVEN GARRETT, State Bar No. 221021
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105
   Tel:  415.442.1000
4  Fax:  415.442.1001
   E-mail:  cwaterman@morganlewis.com
5  E-mail:  steven.garrett@morganlewis.com

6  Attorneys for Defendants
   PHILIPS ELECTRONICS LTD.,
7  PHILIPS ELECTRONICS NORTH AMERICA
   CORP., PHILIPS MEDICAL SYSTEMS
8  (CLEVELAND), INC., PHILIPS MEDICAL
   FINANCIAL SERVICES, INC., PHILIPS
9  MEDICAL SYSTEMS NORTH AMERICA
   INCORPORATED, IAIN BURNS, STEVE
10 HURWITZ, and STEFAN ROTTKE

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14
   LOU RAMONDETTA,                          Case No. C-07-03329
15
                     Plaintiff,
16                                          **PROOF OF SERVICE**
          vs.
17
   PHILIPS ELECTRONICS LIMITED,
18 PHILIPS ELECTRONICS NORTH
   AMERICA CORPORATION, IAIN
19 BURNS, STEVE HURWITZ, PHILIPS
   MEDICAL SYSTEMS (CLEVELAND),
20 INC., PHILIPS MEDICAL FINANCIAL
   SERVICES, INC.,
21
                     Defendants.
22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7657638.1                                    PROOF OF SERVICE
                                                  CASE NO. C-07-03329

**PROOF OF SERVICE**

I, the undersigned, declare:

I am over the age of eighteen (18) years, and not a party to the within action.  I am employed by Morgan, Lewis & Bockius, LLP and my business address is One Market, Spear Street Tower, San Francisco, CA  94105.

On January 23, 2008, I served the following document(s):

**NOTICE OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2);**

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2);**

**DECLARATION OF IAIN BURNS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(5), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT;**

**DECLARATION OF STEVE HURWITZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(5), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT;**

**DECLARATION OF RICK METCALFE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2), 12(b)(5), 12(b)(6) AND MOTION FOR MORE DEFINITE STATEMENT;**

**DECLARATION OF STEFAN ROTTKE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2) AND 12(b)(6);**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(2);**

on the parties involved addressed as follows:

Lou Ramondetta                                           In Propria Persona
2335 Stewart Ave.
Walnut Creek, CA 94596

Tel:    (925) 989-2525


[    ]    **BY PERSONAL DELIVERY:**  The within document(s) were served by hand in an envelope addressed to the addressee(s) above on this date.  The Proof of Service by the process server will be filed within five (5) days.

[ x ]    **BY MAIL:**  I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.  On this date, I served the above interested parties following my employer's ordinary business practices.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[    ]    BY FACSIMILE:** By use of a facsimile machine telephone number 415/442-1001, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting facsimile machine.

**[    ]    BY FEDERAL EXPRESS OVERNIGHT DELIVERY:** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express. I am readily familiar with the practice for collection and processing of documents for delivery by overnight service by Federal Express of Morgan, Lewis & Bockius, LLP, and that practice is that the document(s) are deposited with a regularly maintained Federal Express facility in an envelope or package designated by Federal Express fully prepaid the same day as the day of collection in the ordinary course of business.

**[    ]    BY EMAIL:** By transmitting via electronic mail the document(s) listed above to the email address(s) set forth below on this date (pursuant to a stipulation between the parties).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on January 23, 2008.

_____
Deborah Stein