# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Thursday, Jan. 24, 2008 @ 1:30 p.m.

TIME: 4 hours 30 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| RAMONDETTA V. PHILIPS ELECTRONICS | C07-3329 EMC (BZ) | ☒ REFERRAL |

ATTORNEY(S) FOR PLAINTIFF(S):   ATTORNEY(S) FOR DEFENDANT(S):

Matthew R. Reed - Settlement counsel    Cecily A. Waterman

COURT REPORTER/TAPE NO., SIDE, REEL NO.: _____

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
  - ☐ CONTESTED
  - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:   ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

G:\BZALL\FORMS\RAMONDETTA.MIN.ORD1.wpd