UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>        Plaintiff,<br><br>   v.<br><br>PHILIPS ELECTRONICS LIMITED, *et al.*,<br><br>        Defendant(s).<br>_____/ | No. C07-3329 EMC<br><br><br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    **YOU ARE NOTIFIED THAT** the Further Case Management Conference set for January 30, 2008 at 2:30 p.m. is reset for **February 20, 2008 at 2:30 p.m.** before Magistrate Judge Edward M. Chen, in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Conference Statement shall be filed by **February 13, 2008**.

    **PLEASE FURTHER NOTIFIED THAT** the hearing on Defendant's Motion to Dismiss set for February 27, 2008 at 10:30 a.m. is reset for **March 19, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by February 27, 2008. Reply shall be filed by March 5, 2008.

Dated: January 29, 2008                                    FOR THE COURT,

                                                            Richard W. Wieking, Clerk

                                                  by: _____
                                                         Betty Fong
                                                          Courtroom Deputy