CECILY A. WATERMAN, State Bar No. 63502
MEGAN BARRY BOROVICKA, State Bar No. 241205
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
E-mail: mborovicka@morganlewis.com

Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH AMERICA
CORP., PHILIPS MEDICAL SYSTEMS
(CLEVELAND), INC., PHILIPS MEDICAL
FINANCIAL SERVICES, INC.,
IAIN BURNS and STEVE HURWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC.,<br><br>                    Defendants. | Case No. C-07-03329<br><br>DEFENDANTS' CASE MANAGEMENT STATEMENT |

Defendants submit this Case Management Statement on their own behalf as Mr. Ramondetta informed Defendants' counsel on February 14, 2008 that he would be on vacation today, February 15, 2008.

The parties continue to discuss the terms of settlement of the action. Defendants prepared a form of Settlement Agreement and Release and submitted it to Plaintiff and his court-appointed settlement attorney. Defendants' counsel received comments to the Agreement this afternoon and we are considering those revisions to the Agreement. Defendants anticipate responding to

1-SF/7666780.1

DEFENDANTS' CASE MANAGEMENT
STATEMENT
CASE NO. C-07-03329

Plaintiff's revisions on Tuesday, February 19, 2008. Defendants will advise the Court of any updates prior to the scheduled Case Management Conference on February 20, 2008.

Dated: February 15, 2008

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Cecily A. Waterman
CECILY A. WATERMAN
MEGAN BARRY BOROVICKA
Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH
AMERICA CORP., PHILIPS MEDICAL
SYSTEMS (CLEVELAND), INC.,
PHILIPS MEDICAL FINANCIAL
SERVICES, INC., IAIN BURNS, and
STEVE HURWITZ