**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA, | No. C07-3329 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| PHILIPS ELECTRONICS LIMITED, *et al.*, | |
| Defendant(s). _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

**YOU ARE NOTIFIED THAT** the Further Case Management Conference set for February 20, 2008 at 2:30 p.m. is reset for **February 27, 2008 at 2:30 p.m.** before Magistrate Judge Edward M. Chen, in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Conference Statement shall be filed by **February 25, 2008**.

Dated: February 19, 2008              FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy