CECILY A. WATERMAN, State Bar No. 63502
MEGAN BARRY BOROVICKA, State Bar No. 241205
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
E-mail: mborovicka@morganlewis.com

Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH AMERICA
CORP., PHILIPS MEDICAL SYSTEMS
(CLEVELAND), INC., PHILIPS MEDICAL
FINANCIAL SERVICES, INC.,
IAIN BURNS, and STEVE HURWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIPS ELECTRONICS LIMITED, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, IAIN BURNS, STEVE HURWITZ, PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., PHILIPS MEDICAL FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No. C-07-03329<br><br>JOINT UPDATED CASE MANAGEMENT STATEMENT |

**Plaintiff's Position (Quote exactly)**

The below is my portion of the joint CMC Statement for Judge Chen that we want included as is:

Dear Judge Chen,

The Court has requested and Plaintiff is willing to do a joint CMC Statement. Although the parties may not agree, this is the Plaintiff's statement. On February 15th, Plaintiff's joint statement was provided by Mr. Reed but was not included in Ms. Waterman's submission to the court titled "Defendant's CMC Statement". Plaintiff will and has provided a joint statement and

Plaintiff would discourage the Defendant's from ignoring the court's request by providing another independent CMC Statement.

It seemed during the January 28 conference call with Judge Zimmerman and based on Judge Zimmerman's and Ms. Waterman's letters, that the parties had an agreement   The parties have not been able to finalize the terms of a settlement agreement and appear to have reached an impasse around release claims against each other.  Plaintiff still remains hopeful to facilitate a settlement.  Plaintiff would prefer to not waste the courts time rescheduling another CMC and continuing the litigation process.  Judge Zimmerman invested over 5 long hours of his valuable time on January 24th doing shuttle diplomacy and negotiating on each of our behalf's for what I thought was an agreement.  In effort to resolve our agreement, Plaintiff asked for and was granted a continuance of the CMC date from February 20th to the 27th.  On February 21, Philips responded with unacceptable terms.  Again, this was a day before our joint CMC statement is due.

I am trying to respond timely and in good faith to resolve this issue.  It appears the parties can not agree.  At our CMC, I would appreciate any support you, Judge Chen, can provide to resolve this. Assuming the parties have no resolution, I will be asking the Court for additional time to finalize an agreement with my attorney to continue our litigation.  I am confident to get beyond the Defendant's Motions.  At that point we will be unwilling to settle for these dollars.

Sincerely,

Lou Ramondetta
2335 Stewart Ave
Walnut Creek, CA 94596
925-989-2525

**Defendants' Position**

At 3:10 p.m., on Monday February 25, Defendants received a copy of a letter to the Honorable Bernard Zimmerman from Matt Reed, Plaintiff's specially appointed settlement counsel.  Judge Zimmerman presided over the parties' settlement conference.  Mr. Reed's letter states that Plaintiff will not sign the settlement agreement that had been provided to Plaintiff and Mr. Reed on February 21, 2008.  Mr. Reed has requested that Judge Zimmerman convene a telephone conference with the parties.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT UPDATED CASE
MANAGEMENT STATEMENT
CASE NO. C-07-03329

1  Defendants' motion to dismiss was previously continued to on March 19, 2008.
2  Defendants' respectfully request that Defendants' motion be heard as scheduled.

3  Dated: February 25, 2008

          MORGAN, LEWIS & BOCKIUS LLP

By _____
CECILY A. WATERMAN
MEGAN BARRY BOROVICKA
Attorneys for Defendants
PHILIPS ELECTRONICS LTD.,
PHILIPS ELECTRONICS NORTH
AMERICA CORP., PHILIPS MEDICAL
SYSTEMS (CLEVELAND), INC.,
PHILIPS MEDICAL FINANCIAL
SERVICES, INC., IAIN BURNS, and
STEVE HURWITZ

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT UPDATED CASE
MANAGEMENT STATEMENT
CASE NO. C-07-03329