**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                                                                    **E-FILING**

**Date:** February 27, 2008                         **Time:** 2:37-2:41 p.m.

**Case No. & Name:**  C07-3329 EMC Lou Ramondetta v. Philips Electronics, et al.

**Attorneys:**   Lou Ramondetta, pro se Plaintiff
Cecily Waterman for Defendants

**Deputy Clerk:** Betty Fong


**PROCEEDINGS:**                                           **ORDERED AFTER HEARING:**

FURTHER CMC                                                Parties are negotiating settlement and requested to continue CMC to 3/19/08.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:** 3/19/08 at 2:30 p.m. for Further Case Management Conference. Joint Case Management Conference Statement shall be filed by 3/12/08.

cc: EMC