**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOU RAMONDETTA,                                            No. C07-3329 EMC

        Plaintiff,

   v.                                                                         **CLERK'S NOTICE**

PHILIPS ELECTRONICS LIMITED, *et al.*,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    **YOU ARE NOTIFIED THAT** the Further Case Management Conference set for March 19, 2008 at 2:30 p.m. is reset for **March 19, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Conference Statement shall be filed by **March 12, 2008**.

Dated: February 19, 2008                              FOR THE COURT,

                                                Richard W. Wieking, Clerk

                                by: _____
                                         Betty Fong
                                         Courtroom Deputy