UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA, | No. C07-3329 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| PHILIPS ELECTRONICS LIMITED, *et al.*, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on (1) DEFENDANT'S MOTION TO DISMISS and (2) STATUS CONFERENCE set for March 19, 2008 at 10:30 a.m. is reset for **April 23, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.   An Updated Joint Case Management Conference Statement shall be filed by April 16, 2008.

Dated: March 11, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy