LOU RAMONDETTA, *in propria persona*
2335 Stewart Avenue
Walnut Creek, CA 94596
Telephone: (925) 989-2525
Facsimile: (925) 945-1655

FILED
MAR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU RAMONDETTA,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILIPS ELECTRONICS LIMITED, *et al.*,<br><br>    Defendants. | No. C-07-3329 EMC (BZ)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lou Ramondetta hereby voluntarily dismisses his complaint with prejudice. Defendants have not filed an answer to the complaint and this dismissal is in accordance with, and in order to effectuate, a settlement between Plaintiff Lou Ramondetta, on the one hand, and Philips Electronics Limited, on the other hand. Each party shall bear its own costs and attorneys' fees.

Dated: March 10, 2008

By: _____
Lou Ramondetta, *in propria persona*